**Brenda C. ARMSTEAD,
Plaintiff–Appellant,**

v.

**Ronald L. HOWLAND, Defendant–
Appellee.**

No. 03–1902.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 30, 2003.

Decided Oct. 7, 2003.

Brenda C. Armstead, pro se.

Before WILKINSON, NIEMEYER,
and MICHAEL, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Brenda C. Armstead seeks to appeal the
district court's order accepting the report
and recommendation of the magistrate
judge and dismissing her civil complaint.
We dismiss the appeal for lack of jurisdiction because the notice of appeal was not
timely filed.

When the United States or its officer or
agency is a party, the notice of appeal
must be filed no more than sixty days after
the entry of the district court's final judgment or order, Fed. R.App. P. 4(a)(1)(B),
unless the district court extends the appeal
period under Fed. R.App. P. 4(a)(5) or
reopens the appeal period under Fed.
R.App. P. 4(a)(6). This appeal period is
"mandatory and jurisdictional." *Browder
v. Director, Dep't of Corr.*, 434 U.S. 257,
264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978)
(quoting *United States v. Robinson*, 361
U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259
(1960)).

The district court's order was entered
on the docket on March 17, 2003. The
notice of appeal was filed on July 22, 2003.
Because Armstead failed to file a timely
notice of appeal or to obtain an extension
or reopening of the appeal period, we deny
her motion for leave to proceed in forma
pauperis and dismiss the appeal. We dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*